IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01019-REB-CBS

MARGARET HEIL, and
JACQUELINE GRANT,

      Plaintiffs,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Defendant's Unopposed Motion to Vacate Rule 16(b) Scheduling Conference (filed August 24, 2005; *doc. no. 5*) is **GRANTED**, in part and **DENIED**, in part. The scheduling conference set for *September 13, 2005, at 9:30 a.m.* is **CONVERTED** into a status conference.

Parties are not required to comply with the deadlines set forth in the court's minute order of June 29, 2005.

**DATED:**    August 26, 2005