IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01019-REB-CBS

MARGARET HEIL, and
JACQUELINE GRANT,

    Plaintiffs,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    THIS MATTER IS before the court on the Joint Motion to Amend Scheduling Order (*doc. no. 37*). Based upon the representations of the parties that they do not intend on relying upon expert witness designations in their respective dispositive motions, the court hereby **GRANTS** the instant motion.

    The deadline to submit Rule 26(a)(2) AFFIRMATIVE expert disclosures is extended to **October 13, 2006**, and the deadline to submit Rule 26(a)(2) REBUTTAL expert disclosures is extended to **November 12, 2006**. *All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**    August 23, 2006