**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 05-cv-01019-REB- CBS

MARGARET HEIL and
JACQUELINE GRANT,

    Plaintiffs.

v.

THE COLORADO DEPARTMENT OF CORRECTIONS,
JOE ORTIZ, individually and in his official capacity, and
L.D. HAY, individually and in his official capacity,

    Defendants.

---

**ORDER OF DISMISSAL**
**AS TO DEFENDANTS JOE ORTIZ AND L.D. HAY**

---

**Blackburn, J.**

The matter before the court is the **Joint Motion for Dismissal of Individual Defendants Joe Ortiz and L.D. Hay With Prejudice** [#41], filed January 17, 2007. After careful review of the motion and the file, the court has concluded that the motion should be granted and that plaintiffs' claims against defendants Joe Ortiz and L.D. Hay should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion for Dismissal of Individual Defendants Joe Ortiz and L.D. Hay With Prejudice** [#41], filed January 17, 2007, is **GRANTED**;

2. That plaintiffs' claims against defendants Joe Ortiz and L.D. Hay **ARE DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That defendants Joe Ortiz and L.D. Hay are **DROPPED** as named parties to this action, and the case caption is **AMENDED** accordingly.

Dated January 18, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**