**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  05-cv-01019-REB- CBS

MARGARET HEIL and
JACQUELINE GRANT,

      Plaintiffs.

v.

THE COLORADO DEPARTMENT OF CORRECTIONS,

      Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter before the court is the **Joint Motion for Dismissal of Defendant Colorado Department of Corrections With Prejudice** [#42], filed January 18, 2007. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Joint Motion for Dismissal of Defendant Colorado Department of Corrections With Prejudice** [#42], filed January 18, 2007, is **GRANTED**;

      2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

      3.  That the Trial Preparation Conference set for April 13, 2007, is **VACATED**; and

4.  That the jury trial set to commence April 16, 2007, is **VACATED**.

Dated January 18, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**